UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-88-CEM-LHP
18 U.S.C. § 1705
DAMON MARCEL WILLINGHAM   18 U.S.C. § 1708
JOSHUA DESHAWN HARMON

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 24, 2023, in the Middle District of Florida, and elsewhere, the defendants,

DAMON MARCEL WILLINGHAM
and
JOSHUA DESHAWN HARMON,

aiding and abetting each other, did willfully and maliciously injure, tear down, destroy, and break open a letter box receptacle intended and used for the receipt and delivery of mail on any mail route of the United States Postal Service, to wit: a Post Office Box located at 1275 Bennett Drive in Longwood, Florida.

In violation of 18 U.S.C. §§ 1705 and 2.

### COUNT TWO

On or about September 24, 2023, in the Middle District of Florida, and elsewhere, the defendants,

DAMON MARCEL WILLINGHAM
and
JOSHUA DESHAWN HARMON,

aiding and abetting each other, did knowingly steal, take, and abstract mail from out of an authorized depository for mail matters, and did unlawfully have in their possession mail which had been stolen, knowing the same mail to have been stolen.

In violation of 18 U.S.C. §§ 1708 and 2.

## FORFEITURE

1. The allegations contained in Count Two are incorporated by reference for the purpose of alleging forfeiture, pursuant to provisions of 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1708, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violation.

3. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Adam J. Nate
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## DAMON MARCEL WILLINGHAM
## JOSHUA DESHAWN HARMON

## INDICTMENT

Violation:

18 U.S.C. § 1705
18 U.S.C. § 1705

A true bill.



_____
Foreperson

Filed in open court this 10th day of April, 2024.

_____
Clerk

Bail  $_____

GPO 863 525